## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

January 9, 2013

Richard M. Beck
Sally E. Veghte
KLEHR HARRISON HARVEY BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Counsel to the GTI Liquidation Trust

Charles M. Oberly
United States Attorney

Kathryn Keneally
Assistant United States Attorney

Christopher J. Williamson
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

**Re:  Game Tech International, Inc., et al.**
      **Case No. 12-11964**

Counsel:

This is a follow-up to the December 6, 2013 hearing on
the GTI Liquidation Trust's motion for an order enforcing the
injunction provision of the Chapter 11 Plan.  Rather than to
discuss the cases cited by the parties, I believe that the answer

to the issue is in the unequivocal wording of Bankruptcy Code §
106 (b).  In the motion, the Trust asserts that "on October 22,
2012, the IRS filed an amended proof of claim in the bankruptcy
case in the amount of $1,781,273.65, asserting priority income
tax claims for the 2005 and 2007 tax years."  I assume the IRS
does not challenge this statement.  That being the case, the
matter is governed by the injunction provision of the Plan and
the IRS "is deemed to have waived sovereign immunity with respect
to a claim against such governmental unit." (Code § 106(b))

Enclosed is a copy of the Order that I have signed
today.

Very truly yours,

Peter J. Walsh

PJW:ipm